UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL ACKLES,

        Plaintiff,        Case No.  06-14423

v.        District Judge George Caram Steeh

        Magistrate Judge R. Steven Whalen

HOME DEPOT USA, INC.,

        Defendant.
_____/

## ORDER DISMISSING DEFENDANT'S MOTION

Upon receiving a written request by Defendant withdrawing the Motion to Compel Answers to Interrogatories (filed 1/12/06) [docket # 6] and the same having been filed with the Court on February 8, 2007, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Motion to Compel Answers to Interrogatories [filed 1/12/06] [document #6] is hereby dismissed without prejudice.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 8, 2007.

        S/Gina Wilson
        Judicial Assistant